766

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION NO. VI

CIVIL ACTION NO. MDL-875

THIS DOCUMENT RELATES TO:

FILED
OCT - 3 2008
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**TRANSFER ORDER PURSUANT TO ADMINISTRATIVE ORDER NO. 12**

Attached to this Order, as Exhibit A, is a CD containing a listing of Plaintiffs represented by the law firm of Thornton & Naumes, LLP, whose cases shall be transferred to the Bankruptcy Only Docket pursuant to Administrative Order No. 12.

As noted in Exhibit A, the Plaintiffs have resolved claims against non-bankrupt defendants and are currently only pursuing claims against bankrupt defendants. Plaintiffs' counsel has also provided this information electronically to Intercon Incorporated, pursuant to Administrative Order No. 12.

Dated: 10/3/08

Signed this day by,

James T. Giles
Judge James T. Giles

| TRANSFER_COURT | LAST | FIRST | MIDDLE | CASE_STYLE_PLAINTIFF | COURT_CAUSE | DECEASED |
|---|---|---|---|---|---|---|
| | Young | Calvin | | Calvin Young 2048 | 862003Z | ☑ |
| | Zack | Walter | | Walter and Josephine T. Zack 2049 | 833773MC | ☑ |
| | Zagami | Vincent | | Vincent Zagami 2051 | 821377MC | ☐ |
| | Zakowsky | Joseph | | Estate of Joseph Zakowsky, Sr. 2053 | 9510400RWZ | ☑ |
| | Zampitella | Joseph | | Joseph and Santina Zampitella 2055 | 802644MA | ☑ |
| | Zampitella | Philip | | Philip and Marie Zampitella 2062 | 810436MA | ☐ |
| | Zampitella | Philip | | Philip and Marie Zampitella 2063 | 830021MC | ☐ |
| | Zanghi | Joseph | | Estate of Joseph Zanghi and Margery G. Zanghi 2064 | 854000Z | ☑ |
| | Zapasnik | Fred | | Fred Zapasnik 2066 | 9110954Z | ☑ |
| | Zaremba | Chester | | Chester and Annie Zaremba 2068 | 801351209MA | ☐ |
| | Zarrella | George | | George and Ida Zarrella 2070 | 9411323RWZ | ☑ |
| | Zatorski | David | | David and Lauren Zatorski 2072 | 854352Z | ☐ |
| | Zebris | John | | John Zebris 2074 | 832999 | ☐ |
| | Zimarowski | Paul | | Paul and Mary C. Zimarowski 2077 | 860505Z | ☑ |
| | Zimmer | Charles | | Charles and Eileen Zimmer 2078 | 821487MC | ☐ |
| | Zoito | Andrew | | Andrew and Dorothy Zoito 2081 | 852421Z | ☑ |
| | Zullo | John | | John Zullo, Sr. 2083 | 852425Z | ☐ |
| | Zunino | Joseph | | Joseph Zunino 2085 | 811925MA | ☑ |
| | Zusman | Theodore | | Theodore and Mildred Zusman 2088 | 843728Z | ☐ |
| | Zustra | Emil | | Emil and Ruth Zustra 2091 | 9210309Z | ☐ |
| | Zustra | Emil | | Emil and Ruth Zustra 2094 | 872931Z | ☐ |
| U.S. District Court of N.H. | Adams | Dennis | | Dennis and Rita Adams 2097 | C89469D | ☑ |
| | Adams | Earl | | Earl and Patricia L. Adams 2100 | C90288L | ☐ |

| TRANSFER_COURT | LAST | FIRST | MIDDLE | CASE_STYLE_PLAINTIFF | COURT_CAUSE | DECEASED |
|---|---|---|---|---|---|---|
| | Allan | Frederick | | Frederick and Irene F. Allan | C87187D | ☑ |
| | Arcese | Wallace | | Wallace and Betty Jean Arcese | C8788D | ☑ |
| | Barry | Charles | | Charles and Ann K. Barry | C9096D | ☑ |
| | Beauchemin | Edna | | Edna Beauchemin | C98294B | ☑ |
| | Beaudoin | Joseph | | Joseph and Pauline Beaudoin | C90016D | ☑ |
| | Bee | Richard | | Estate of Richard Bee and Frances R. Bee | C90289L | ☑ |
| | Belanger | Joseph | | Joseph Belanger | C89323D | ☐ |
| | Bergeron | Robert | | Robert and Maureen Bergeron | C86293L | ☐ |
| | Bettcher | Richard | | Richard and Leslie Bettcher | C88335L | ☐ |
| | Binette | Albert | | Albert and Marcelle Binette | 912721D | ☐ |
| | Bolis | Joseph | | Joseph Bolis | C86152D | ☑ |
| | Boudreau | Robert | | Robert and Sandra Boudreau | C94198SD | ☐ |
| | Bourque | Richard | | Richard and Rachel Bourque | C9371JD | ☑ |
| | Bowers | Stanley | | Stanley and Margery Bowers | C90442S | ☐ |
| | Brown | Gordon | | Gordon Brown | 91469S | ☐ |
| | Buckley | Paul | | Paul and Karen M. Buckley | C8785D | ☑ |
| | Carle | Lionel | | Lionel Carle, Sr. | C91409D | ☐ |
| | Chames | James | | Estate of James Chames and Lorraine C. Chames | C880336L | ☑ |
| | Chase | James | | James Chase | C90425D | ☐ |
| | Collins | Sam | | Sam Collins | C90005D | ☐ |
| | Cressey | Francis | | Francis and Mary E. Cressey | C90113D | ☐ |
| | Croteau | Rene | | Rene and Aline Croteau | C90197D | ☑ |
| | Cyr | John | | John Cyr | C88038L | ☑ |
| | Dawson | Richard | | Richard Dawson, Sr. | C89244D | ☑ |

| TRANSFER_COURT | LAST | FIRST | MIDDLE | CASE_STYLE_PLAINTIFF | COURT_CAUSE | DECEASED |
|---|---|---|---|---|---|---|
| | DeLuca | Salvatore | | Estate of Salvatore DeLuca and Nancy B. DeLuca | C90287D | ☑ |
| | Ducharme | Henry | | Henry and Gertrude Ducharme 1406 | C86133L | ☐ |
| | Duffy | James | | James and Carleen Duffy 1410 | C86505D | ☐ |
| | Duhamel | Robert | | Robert Duhamel 1415 | C91423S | ☐ |
| | Fortin | Joseph | | Estate of Joseph Fortin 1417 | C89496D | ☑ |
| | Fudala | Frank | | Frank and Genevieve Fudala 1422 | C89486D | ☐ |
| | George | Charles | | Charles and Muriel George 1433 | C910116D | ☑ |
| | Gober | Robert | | Robert and Kathleen T. Gober 1442 | C86302D | ☐ |
| | Goetz | Madeline | | Madeline and Louis C. Goetz 1452 | C88117D | ☑ |
| | Gonyer | Paul | | Paul and Rita Gonyer 1460 | C85301L | ☑ |
| | Gordon | Warren | | Warren and Shirley Anne Gordon 1468 | C850643L | ☐ |
| | Hannaford | Gordon | | Gordon Hannaford 1474 | C85607L | ☑ |
| | Hannaford | Gordon | | Gordon Hannaford 1480 | C52307L | ☑ |
| | Harlow | Roswell | | Roswell and Susan B. Harlow 1487 | C86123D | ☐ |
| | Higgins | David | | David and Rose L. Higgins 1492 | C89497L | ☐ |
| | Hill | Albert | | Albert and Patricia Hill 1497 | C850207D | ☑ |
| | Howley | Robert | | Robert Howley 1502 | C91166D | ☑ |
| | Jackson | Andrew | | Estate of Andrew Jackson and Winifred J. Jackson 1507 | C87109D | ☑ |
| | Jenkins | William | | William Jenkins 1514 | C85644L | ☑ |
| | Jenkins | William | | William Jenkins 1518 | C87046D | ☑ |
| | Jones | Charles | | Charles and Marilyn Jones 1523 | C90430D | ☐ |
| | King | Paul | | Paul and Mary King 1525 | C91410S | ☐ |
| | Lachapelle | Clarence | | Clarence Lachapelle 1530 | C840730L | ☐ |
| | Laffey | John | | John Laffey 1533 | C86134D | ☑ |



| TRANSFER_COURT | LAST | FIRST | MIDDLE | CASE_STYLE_PLAINTIFF | COURT_CAUSE | DECEASED |
|---|---|---|---|---|---|---|
| | Lannigan | Donald | | Donald and Alice Lannigan 1544 | 87264L | ☐ |
| | Larson | Paul | | Estate of Paul Larson and Leora J. Larson 1546 | C89501D | ☑ |
| | Michaud | Fernando | | Fernando and Huguette Michaud 1550 | C90214D | ☐ |
| | Mitchell | Peter | | Peter and Yvonne E. Mitchell 1553 | C84319D | ☑ |
| | Molle | Anthony | | Anthony and Nancy Molle 1555 | C89377D | ☐ |
| | Moore | Lawrence | | Lawrence and Rose A. Moore 1557 | C840646L | ☑ |
| | Moran | Raymond | | Raymond and Marilyn Moran 1560 | C86292D | ☑ |
| | Morrissette | Raymond | | Raymond Morrissette, Sr. 1563 | C890261L | ☐ |
| | Ordway | Grant | | Grant and Bertha R. Ordway 1566 | C87440D | ☑ |
| | Payne | Jack | | Jack and Pauline Payne 1570 | C89311D | ☐ |
| | Perley | Arthur | | Arthur and Jane C. Perley 1573 | C90540S | ☐ |
| | Provost | Arthur | | Arthur and Jean Provost 1635 | C92257S | ☐ |
| | Reichard | Paul | | Paul Reichard 1639 | 91404S | ☐ |
| | Reynolds | Arthur | | Arthur and Frances Reynolds 1641 | C89356L | ☐ |
| | Ricker | Arthur | | Arthur and Eleanor Ricker 1643 | C900023L | ☐ |
| | Robertson | Ralph | | Ralph and Bella Robertson 1647 | C89310L | ☑ |
| | Shaw | Charles | | Charles and Rena Shaw 1650 | C90147D | ☐ |
| | Sherman | Glenn | | Glenn and Hazel Sherman 1653 | 90375L | ☑ |
| | Shipulski | Edward | | Edward and Dorothy Shipulski 1656 | 890279L | ☑ |
| | Spencer | Dorsey | | Dorsey Spencer 1659 | C90431S | ☐ |
| | Stimpson | Richard | | Richard and Priscilla Stimpson 1663 | C87501L | ☑ |
| | Strand | Harold | | Harold end Mery Jean Strand 1665 | C90432S | ☐ |
| | Sullivan | Charles | | Charles Sullivan 1668 | C90020L | ☑ |
| | Taylor | Herbert | | Herbert and Hildegard Taylor 1671 | C08745L | ☑ |

| TRANSFER_COURT | LAST | FIRST | MIDDLE | CASE_STYLE_PLAINTIFF | COURT_CAUSE | DECEASED |
|---|---|---|---|---|---|---|
| | Thomas | Willis | | Willis Thomas | C90021D | ☐ |
| | Thomson | William | | Estate of William Thomson and Kathleen Y. Thomson | 98384B | ☑ |
| | Toomey | Robert | | Robert Toomey | 91405L | ☑ |
| | Walker | Carl | | Carl and Sally A. Walker | C92101S | ☐ |
| | Ward | Donald | | Donald and Dorothy Ward | C9068D | ☐ |
| | Weeks | Leslie | | Leslie and Rita Weeks | 00547JM | ☑ |
| | Weeks | Merritt | | Merritt and Elaine Weeks | 89449D | ☐ |
| | Zela | Nickey | | Nickey and Marguerite F. Zela | C89343L | ☐ |
| U.S. District Court of New Jersey | | | | | | |
| | Khalil | Wingate | | Wingate and Nadia Khalil | 864864HLS | ☐ |
| | Mallette | Henry | | Henry Mallette | 864871HLS | ☐ |
| | Smith | Ruben | | Ruben and Evelyn Smith | 864866JWB | ☑ |
| | Walsh | Otto | | Otto and Marie Walsh | 864872HHA | ☑ |
| | Zulkowski | Stanley | | Stanley and Clara Ruth Zulkowski | 864870DRD | ☑ |
| U.S. District Court of NY-Eastern | | | | | | |
| | Behrend | Rudolph | | Rudolph Behrend | CV872423 | ☑ |
| | Borentz | Eugene | | Eugene Borentz | CV872418-CPS | ☐ |
| | Boyle | Emanuel | | Emanuel and Sarah Boyle | CV901956 | ☑ |
| | Corona | Eugene | | Eugene and Patricia Corona | CV872430 | ☐ |
| | Cucksey | Charles | | Charles Cucksey | CV872417 | ☐ |
| | Decaires | Michael | | Michael and Desiree Decaires | CV872427 | ☐ |
| | Golding | William | | William and Dorothy Golding | CV872554 | ☐ |
| | Marino | Simone | | Simone and Maryann Marino | CV-872424 | ☐ |
| U.S. District Court of NY-Northern | | | | | | |